

**ORIGINAL**

**FILED**

08/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0221

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0221

PETER GRIGG,

    Plaintiff and Appellant,

v.

ALISON PAUL, Executive Director, and
MONTANA LEGAL SERVICES
ASSOCIATION,

    Defendant and Appellee.

**FILED**

AUG 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until September 6, 2022, within which to file his opening brief.

No further extensions will be granted.

DATED this 4th day of August, 2022.

For the Court,

_____
Chief Justice